# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TEAMCONNECT, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-01603-MN |

**TEAMCONNECT, LLC'S, MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND JOINDER IN ACUMATICA, INC.'S AND <u>COMPANYCAM, INC.'S MOTIONS TO DISMISS</u>**

Defendant TeamConnect, LLC, ("TeamConnect") hereby moves to dismiss Plaintiff Rothschild Digital Confirmation, LLC 's ("RDC") Complaint (D.I. l) pursuant to Federal Rule of Civil Procedure 12(b)(6) because United States Patent No. 7,456,872 ("the '872 patent") fails to claim patent- eligible subject matter under 35 U.S.C. § 101. TeamConnect joins in Defendant Acumatica, Inc.' s ("Acumatica") Motion to Dismiss (D.I. 10) in the related action *Rothschild Digital Confirmation, LLC v. Acumatica, Inc.* (C.A. No. 19-1108-MN) with respect to the issue of patent eligibility. TeamConnect also joins in the relevant sections addressing patent eligibility in the opening and reply briefs in support of the Acumatica motion (D.I. 11; D.I. 14), as well as any supplemental briefing, and expressly incorporates the arguments made therein.

TeamConnect also joins in Defendant CompanyCam, Inc.'s ("CompanyCam") Motion to Dismiss (D.I. 10) in the related action *Rothschild Digital Confirmation, LLC v. CompanyCam, Inc.* (C.A. No. 19-1109-MN ). TeamConnect joins in the opening and reply briefs filed in support of the CompanyCam motion (D.I. 11; D.I. 13), as well as

any supplemental briefing, and expressly incorporates the arguments made therein.

    Respectfully submitted,

    O'ROURKE LAW OFFICE, LLC

    By: <u>/s/ Gerard M. O'Rourke</u>
    Gerard M. O'Rourke (#3265)
    1201 N. Orange Street
    Suite 7260
    Wilmington, DE 19801-1186
    Tel: (302) 562-6960

    *Attorneys for Defendant TeamConnect, LLC*

*Of counsel:*

Chris Jaczko
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
12544 High Bluff Drive, Suite 400
San Diego, CA 92130
Tel: (619)906-5748
Fax: (619)744-5418

DATED: November 18, 2019

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD DIGITAL CONFIRMATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEAMCONNECT, LLC, <br><br> Defendant. | Civil Action No. 1:19-cv-01603-MN |

**[PROPOSED] ORDER GRANTING
<u>DEFENDANT TEAMCONNECT, LLC'S MOTION TO DISMISS</u>**

IT IS HEREBY ORDERED this ____ day of ____, 2019, that Defendant

TeamConnect, LLC's Motion To Dismiss Plaintiff's Complaint is GRANTED;

_____
UNITED STATES DISTRICT JUDGE